In the Matter of Alfred M. Brown, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.      •

John G. Stuart, Respondent, v. Prest-Air Corporation, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

George Witzmann, Respondent, v. First National Bank of Fort Lee, New Jersey, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Dimmerling v. Andrews* (236 N. Y. 43). Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Elvira Sinclair, Plaintiff, v. Lydia M. Purdy, Individually and as Administratrix, etc., of Elijah F. Purdy, Deceased, and Others, Respondents, Impleaded with Jennie A. Mapes, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Helen M. Elder, Respondent, v. Alexander H. Elder, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Seaboard National Bank of Norfolk, Appellant, v. Edwin H. Spence, Respondent.— Order modified by striking out the provision for the payment of expenses of the defendant himself to attend the examination, and the provision for the delivery of the transcript of the books of the plaintiff, and as so modified affirmed, without costs. Settle order on notice fixing the date for the examination to proceed and the time within which stipulation to pay expenses of counsel for defendant should be made. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Max Fishel, Inc., Appellant, v. United Silk Mills Co., Inc,. Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Joseph M. Crucet, Appellant, v. John J. Radley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Henry J. Schnitzer, Appellant, v. Louis M. Josephthal and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice fixing the date for the examination to proceed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Nathan Kaplan, an Infant under Fourteen Years of Age, by Ike Kaplan, His Guardian ad Litem, Respondent, v. Dermatological Laboratories, Appellant. (No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Nathan Kaplan, an Infant under Fourteen Years of Age, by Ike Kaplan, His Guardian ad Litem, Respondent, v. Dermatological Laboratories, Appellant. (No. 2.) — Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

John Russell, Respondent, v. Norfolk Southern Railroad Company, Appellant.— Determination appealed from and order of the City Court reversed,